UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

OSMAR EFRAIN AMEZQUITA-ESPINOZA,

    Petitioner,

v.

KRISTI NOEM et al.,

    Respondents.
_____/

Case No. 1:25-cv-1611

Honorable Paul L. Maloney

## ORDER

  Petitioner, a United States Immigration and Customs Enforcement detainee, initiated this action by filing a counseled combined petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for emergency injunctive relief. (Pet., ECF No. 1.) In an opinion and judgment entered on December 17, 2025, the Court conditionally granted Petitioner's § 2241 petition and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or to immediately release Petitioner from custody. (ECF Nos. 6, 7.) The Court ordered Respondents to file a status report with the Court to certify compliance with the Court's opinion and judgment, and the Court ordered Respondents to provide the following information in the status report: "if and when the bond hearing occurred, if bond was granted or denied, and *if bond was granted, the conditions of the bond*, or if bond was denied, the reasons for the denial." (ECF Nos. 6, 7 (emphasis added).)

  On December 29, 2025, Respondents filed a status report indicating that Respondents "provided Petitioner with a bond hearing on December 22, 2025, where bond was granted." (ECF No. 8, PageID.121.) However, Respondents failed to provide any information about the conditions

2

of Petitioner's bond, as they had been ordered to do in the Court's December 17, 2025, opinion and judgment. Accordingly,

    **IT IS ORDERED** that Respondents shall file an updated status report with information about the conditions of Petitioner's bond within four days of the date of this order.

Dated:  January 2, 2026          /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge